UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21703-CIV-MORENO

JO ANN ELLIOTT,

    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a CARNIVAL
CRUISE LINES,

    Defendant.
_____/

### ORDER ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S WITNESSES AND REPORTS, DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY, AND DEFENDANT'S MOTION FOR PROTECTIVE ORDER

THIS CAUSE came before the Court upon Plaintiff's Motion to Strike Defendant's Witnesses and Reports **(D.E. No. 15)**, Defendant's Motion for Leave to File Surreply **(D.E. No. 25)**, and Defendant's Motion for Protective Order **(D.E. No. 28)**.

THE COURT has considered the motions and the pertinent portions of the record, and is otherwise fully advised in the premises.

Plaintiff claims that Defendant's answers to interrogatories revealed two witnesses whom Defendant failed to identify in its initial disclosures. Plaintiff moves for an order striking these witnesses or, in the alternative, for an order requiring the witnesses to appear for depositions at Plaintiff's counsel's office. Defendant apparently agrees that Plaintiff should be entitled to take these witnesses' depositions, and Defendant served notices scheduling the depositions to take place at its counsel's offices. Plaintiff subsequently served its own notices that changed the locations of the

depositions. In response, Defendant filed a motion for protective order, seeking to have the depositions taken at the date, time, and location indicated in its first-served notices. Defendant later filed a notice withdrawing its motion for protective order **(D.E. No. 29)**, indicating that the parties have resolved their dispute. Accordingly, it is

ADJUDGED that

1. Plaintiff's Motion to Strike Defendant's Witnesses and Reports is DENIED but Plaintiff shall be entitled to take the witnesses' depositions in accord with the Federal Rules of Civil Procedure.

2. Defendant's Motion for Leave to File Surreply is GRANTED.

3. Defendant's Motion for Protective Order is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this //  day of December, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record